BEFORE THE SECOND DIVISION, SEPTEMBER 5, 1939

**No. 42052.**—Protest 122758–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.    The record showed that certain items consist of wearing apparel in part of trimming similar to that the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396).    The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42053.**—Protest 839734–G/86321 of J. J. Glenn & Co. (Chicago).

Opinion by KINCHELOE, J. ·   A sample was analyzed and found to be composed of 52 percent cotton braid and 48 percent impregnating material (oil-resin varnish) and another sample was reported to be composed of about 36 percent cotton braid and 64 percent oil-resin varnish coating.    There was no further evidence, and as the chemist's report alone failed to show the component material of chief value in the articles the protest was overruled.

**No. 42054.**—Protest 992620–G of Moller Products Corp. (New York).

Opinion by KINCHELOE, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 42055.**—Protest 974555–G of Anglo American Direct Tea Trading Co. (San Francisco).

Opinion by KINCHELOE, J.   On the record presented the protest was sustained as to the chests or outer coverings of tea designated on the invoice as "Opal Brand" and classified at 33⅓ percent under paragraph 412 and as "Aircraft Brand" classified at 5 cents per pound and 20 percent ad valorem under paragraph 1405. The protest was overruled as to all other items.

**No. 42056.**—Protests 556392–G, etc., of Amasia Importing Co. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.